IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY HARLAN, <br><br> Petitioner, <br><br> vs. <br><br> ROB JEFFREYS, Director, Nebraska Department of Correctional Services; <br><br> Respondent. | 4:24CV3054 <br><br> ORDER |

This matter is before the Court for case management. Petitioner was ordered to file and serve a brief in opposition to the Respondent's Motion for Summary Judgment, Filing No. 14. *See* Filing No. 12. Petitioner's brief was due on January 2, 2025, and has not been filed with the Court. Accordingly,

IT IS ORDERED that:

1. Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before **February 12, 2025**. Otherwise, the matter will be ripe for consideration.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 12, 2025**: check for Petitioner's brief.

Dated this 13th day of January, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge